VAN ETTEN, Respondent, *v.* NEWTON *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* April 7, 1890.)

Argued before LARREMORE, C. J., and DALY and BISCHOFF, JJ.

*E. D. McCarthy,* for appellants. *Hyland & Zabriske,* for respondent.

No opinion. Motion for leave to appeal to the court of appeals granted. See 6 N. Y. Supp. 531; 7 N. Y. Supp. 663; 8 N. Y. Supp. 478.

---

BANTA, Appellant, *v.* AULD, Respondent.

*(Common Pleas of New York City and County, General Term.* May 5, 1890.)

Appeal from eleventh district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*N. S. Drossy,* for appellant. *P. Condon,* for respondent.

No opinion. Judgment affirmed, with costs.

---

ALGIE, Appellant, *v.* LARNED *et al.*, Respondents.

*(Common Pleas of New York City and County, General Term.* March 3, 1890.)

Argued before LARREMORE, C. J., and DALY and BISCHOFF, JJ.

*Larned & Warren,* for respondents.

PER CURIAM. Motion by respondents to dismiss appeal, taken from the judgment and order denying motion for a new trial, for the failure to prosecute appeal with diligence, and for his failure to make and serve his case on appeal. Granted, with costs, and $10 costs of motion.

---

DIEMEL *et al.*, Respondents, *v.* SCHEVELAND, Appellant.

*(Common Pleas of New York City and County, General Term.* April 7, 1890.)

Motion for leave to appeal to the court of appeals. See *ante,* 482.

*George Wilcox,* for appellant. *S. Wolf,* for respondents.

LARREMORE, C. J. After a careful re-examination of the case, I have reached the conclusion that this application should be denied. It does not appear from the affidavit that any statute or decision has been overlooked in the conclusion reached. Neither does it appear that the questions presented by the learned counsel for the motion have been frequently passed upon, as shown by the authorities already cited. The motion is therefore denied, without costs.

---

MCKAY, Respondent, *v.* BREWSTER, Appellant.

*(Common Pleas of New York City and County, General Term.* March 3, 1890.)

Argued before LARREMORE, C. J., and DALY and BISCHOFF, JJ.

*C. Le Barbiere,* for appellant. *T. D. Rambaut,* for respondent.

No opinion. Motion to strike cause from calendar for non-service of papers. Granted, with costs.

---

DUNN *et al.*, Respondents, *v.* GENOVESE, Appellant.

*(Common Pleas of New York City and County, General Term.* May 5, 1890.)

Appeal from special term.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*I. L. Egbert,* for appellant. *W. M. Powell,* for respondents.

No opinion. Judgment affirmed, with costs.